THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO MADERA, Appellant. [932 NYS2d 20]—

No opinion. Dillon, J.P., Florio, Chambers and Sgroi, JJ., concur.